**Order entered April 9, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-01684-CV

**GLYNNWOOD BOWMAN, INDIVIDUALLY, ET AL., Appellants**

**V.**

**THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. F/K/A
THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO
JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR RAMP 2006RS4, Appellee**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-01134**

### ORDER

We **GRANT** appellants' April 7, 2014 unopposed motion for an extension of time to file the reporter's record. We **ORDER** Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court of Dallas County, Texas, to file the reporter's record **on or before APRIL 28, 2014**.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Vielica Dobbins and all counsel of record.

/s/     ADA BROWN
            JUSTICE